UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SIR CHUKWU,

    Plaintiff,

v.

IMMIGRATION AND CUSTOMS ENFORCEMENT, et al.,

    Defendants.

Case No. 24-cv-08633-SVK

**ORDER OF TRANSFER**

    Petitioner, a detainee of the Immigration and Customs Enforcement ("ICE") at the Imperial Regional Detention Center in Calexico, California, filed this petition for a writ of habeas corpus under 28 U.S.C. § 2241 challenging the constitutionality of his continued detention. (ECF No. 1.)

    In *Braden v. 30th Judicial Circuit Court*, 410 U.S. 484 (1973), the Supreme Court made clear "venue considerations may, and frequently will, argue in favor of adjudication of the habeas claim in the jurisdiction where the habeas petitioner is confined." *Chatman-Bey v. Thornburgh*, 864 F.2d 804, 814 (D.C. Cir. 1988). Federal courts generally take the position that the district of confinement "is normally the forum most convenient to the parties" to litigate habeas petitions under 28 U.S.C. § 2241, and therefore exercise discretion in transferring petitions to the district of confinement "in the interests of justice" pursuant 28 U.S.C. § 1404(a). *McCoy v. United States Bd. of Parole*, 537 F.2d 962, 966 (8th Cir. 1976); *see also Dunne v. Henman*, 875 F.2d 244, 249-50 (9th Cir. 1989) (suggesting that even where district court has personal jurisdiction over custodian, preferred forum is district where petitioner is confined).

    As Petitioner challenges his detention by ICE in a habeas petition under 28 U.S.C. § 2241, the most convenient forum for his petition is the district in which he is confined. Calexico, California, is in Imperial County, which is within the venue of the Southern District of California.

28 U.S.C. § 84(d).

Accordingly, in the interest of justice and pursuant to 28 U.S.C. § 1404(a), this case is **TRANSFERRED** to the United States District Court for the Southern District of California.

The Clerk shall transfer this matter forthwith.

**IT IS SO ORDERED.**

Dated: December 4, 2024

_____
Susan van Keulen
United States Magistrate Judge